﻿Citation Nr: 19158986
Decision Date: 07/30/19 Archive Date: 07/30/19

DOCKET NO. 16-19 298A
DATE: July 30, 2019

ORDER

Entitlement to service connection for premature ventricular complexes (PVC), including as secondary to sleep apnea, is granted.

FINDING OF FACT

The Veteran’s PVC is related to symptoms of heart palpitations in service.

CONCLUSION OF LAW

The criteria for service connection for PVC are met. 38 U.S.C. §§ 1110, 1131, 5107; 38 C.F.R. §§ 3.102, 3.303.

REASONS AND BASES FOR FINDING AND CONCLUSION

1. Entitlement to service connection for PVC, including as secondary to sleep apnea

The Veteran contends that he suffers from PVC that is related to heart palpitations he had while in service. In the alternative, the Veteran argues that his PVC is secondary to his service-connected sleep apnea. 

Outpatient VA treatment records document that the Veteran has been diagnosed with PVC. See an August 2012 VA treatment record. Thus, the question becomes whether the current disability is related to service. 

A medical opinion which addresses the etiology of the Veteran’s disability was obtained in September 2012. In this report, a VA physician stated that it was at least as likely as not that the Veteran’s PVC was related to his service because it was consistent with the Veteran’s medical records. Specifically, upon separation in 2002, palpitations were noted without hypertension. The examiner added that PVC’s can be perceived as palpitations in the chest. In a separate, December 2014 opinion, a private physician stated that the Veteran’s PVC was related to his service-connected sleep apnea. Accordingly, the Board finds that service connection for PVC is warranted. 38 U.S.C. § 5107; 38 C.F.R. § 3.102.

 

M. Donohue

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD S. Morrad, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.